by Caroline Moser (now Abele) against Louise Moore Walker and others. No opinion. Motion for reargument denied. Application for leave to appeal to the court of appeals denied, as unnecessary. See 48 N. Y. Supp. 341.

In re MUEHLFELD et al. (Supreme Court, Appellate Division, First Department. November Term, 1897.) In the matter of Frank Muehlfeld and another. No opinion. Motion granted so far as to direct restitution of books of account. See 45 N. Y. Supp. 16.

MUTUAL LIFE INS. CO. OF NEW YORK v. ROBINSON et al. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by the Mutual Life Insurance Company of New York against David O. Robinson and others. No opinion. Motion for reargument denied. The same order entered in all five cases. See 49 N. Y. Supp. 887, 1140.

NATIONAL UNITED BENEFIT SAVINGS & LOAN CO. et al., Respondents, v. SABLOWSKY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by National United Benefit Savings & Loan Company and others against Abraham Sablowsky and another. No opinion. Judgment affirmed, with costs. All concur, except FOLLETT, J., not voting.

NEWMAN et al., Respondents, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Jacob M. Newman and others against the Metropolitan Elevated Railway Company and the Manhattan Railway Company. No opinion. Judgment modified by reducing award for fee damage to $1,000, and as modified affirmed, without costs.

NORRIS, Respondent, v. WURSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) Action by John Norris against Frederick W. Wurster and others. No opinion. Leave to appeal to the court of appeals granted. Third proposed question certified; other questions refused. See 48 N. Y. Supp. 656.

PALMER, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1898.) Action by Mariline Palmer against Albert Palmer. R. Foster, for appellant. A. J. Dittenhoofer, for respondent. No opinion. Order denying motion to punish for contempt reversed, with $10 costs, and motion granted, with $10 costs, upon the authority of Ryckman v. Ryckman, 34 Hun, 235.

PALMER, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1898.) Action by Mariline Palmer against Albert M. Palmer. R. Foster, for appellant. A. J. Dittenhoofer, for respondent. No opinion. Order reducing alimony reversed, with $10 costs and disburse-

ments, and motion denied, with $10 costs, upon the authority of Walker v. Walker (decided in the court of appeals March 1, 1898) 49 N. E. 663.

PALMER, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Martha Palmer against Helen C. Palmer and others. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. BURR, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the people of the state of New York against Hollis Burr. No opinion. Judgment of conviction affirmed, and judgment to be entered pursuant to section 547 of the Code of Criminal Procedure; and, when so entered, it is to be certified and proceedings remitted to the county court of Chautauqua county, with directions to proceed.

PEOPLE v. MORAN. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by the people of the state of New York against John Moran. No opinion. Motion denied. See 45 N. Y. Supp. 1147.

PEOPLE, Appellant, v. ROCHESTER & KETTLE FALLS LAND CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by the people of the state of New York against the Rochester & Kettle Falls Land Company. Charles Roe, for appellant. James G. Greene, for respondent.

PER CURIAM. Judgment affirmed, with costs.

FOLLETT, J. I dissent, on the ground that the evidence conclusively shows that the defendant was insolvent when this action was begun, and was insolvent at the time of the trial. The judgments which were obtained against the defendant have been satisfied by giving the notes of the corporation, indorsed by individuals. The land owned by the defendant is shown to be of little value, and is incumbered by a mortgage on which there is at least due $31,000. The amount of the taxes unpaid on this land is not definitely disclosed, but the last annual report put in evidence, and dated January 29, 1897, states "that the unpaid taxes on said lands do not exceed $5,000," and there is no evidence that these taxes had been paid or reduced at the date of the trial. There is no evidence that the defendant has any property except this land, incumbered by the mortgage and the taxes, which, from the evidence, is not worth the amount of the incumbrances. The judgment should be reversed, and a new trial granted, with costs to the appellant to abide the event.

PEOPLE ex rel. BABYLON R. CO. v. BOARD OF RAILROAD COM'RS. (Supreme Court, Appellate Division, Third Department.